# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Drug Enforcement Administration (DEA), and have been since July 8, 2018. As a SA with the DEA, I completed the 16-week DEA Basic Agent Training ("BAT") course in Quantico, Virginia. As part of the BAT course, I received training in narcotic investigations, narcotic interdiction, identification of narcotics, search and seizure issues, surveillance techniques, preparation and execution of narcotic search warrants, debriefing of defendants, witnesses, and cooperating sources. As of December 23, 2018, I have been assigned to the DEA-Youngstown Resident Office (YRO), Task Force Group #D-48. Prior to my employment with the DEA, I was employed as a Police Officer by the City of Portage, Indiana for approximately six and a half years and graduated from the Northwest Indiana Law Enforcement Academy (NILEA) in Hobart, Indiana.

2. I have been involved in numerous narcotics-related arrests, have executed search warrants that resulted in the seizure of narcotics or dangerous drugs, and have supervised the activities of numerous informants and cooperating witnesses who have provided information and assistance resulting in drug buys, searches, and arrests. Based on the above experience, I am familiar with the *modus operandi* of persons involved in the illicit distribution of controlled substances, as well as the terminology used by persons involved in the illicit distribution of controlled substances. I am aware that persons involved in the illicit distribution of controlled substances nearly always attempt to conceal their identities and the locations where drugs are sold and stored, which are frequently at

locations different from where they reside. I am also aware that persons involved in the illicit distribution of controlled substances utilize cellular phones to communicate with one another. I am also aware that drug traffickers use vehicles to transport drugs to and from locations where drugs are stored. I also am aware that drug traffickers, when preparing vehicles for travel and transport and during the actual travel and transport, frequently use counter-surveillance tactics to avoid detection and apprehension by law enforcement, including storing their vehicles in locations where they can be privately accessed while remaining hidden from observing law enforcement. It is likewise essential that such organized groups meet to formulate plans concerning narcotics or other illegal activities, and to divide their illegal proceeds.

3. On a regular basis, I review law enforcement bulletins and intelligence reports regarding narcotic trafficking and smuggling, and remain in communication with counterparts in order to remain up to date with modern techniques and trends used by narcotic traffickers in the domestic and international arena.

4. Based upon my training, experience and discussions with other Special Agents and law enforcement officers concerning the distribution of controlled substances, I know:

  a) That drug traffickers very often place assets in names other than
     their own to avoid detection of these assets by government agencies;

  b) That drug traffickers very often place assets in corporate entities in
     order to avoid detection of these assets by government agencies;

  c) That even though these assets are in other persons' names, the drug
     dealers actually own and continue to use these assets and exercise

dominion and control over them;

d) That drug traffickers often place drugs and assets in hidden locations, known as "safe houses," to protect and conceal the location from government agencies, thereby avoiding conducting transactions at these places, but often times in very close proximity to these locations; and

e) That drug traffickers frequently use automobiles to transport or hide drugs and drug proceeds.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21, U.S.C. Section 841(a)(1), that is, knowingly and intentionally distributing and possessing with the intent to distribute Cocaine; and Title 21, U.S.C. Section 846; that is, conspiracy to distribute Cocaine have been committed by **FELIX EMILIO CALDERON SANTIAGO**. There is also probable cause to believe that the location information described in Attachment B will constitute evidence of these criminal violations, and will lead to the identification of individuals who are engaged in the commission of these offenses.

7. The court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a

district court of the United States that has jurisdiction over the offense being investigated, *see* 18 U.S.C. § 2711(3)(A)(i).

## **RELIABILITY OF CONFIDENTIAL SOURCE(S)**

8.  During the week of May 12, 2019, Canfield Police Department Confidential Source CS-19-01, herein after referred to as CS-1, provided information to SA Richard Schmitt and TFO Donald Lambert regarding the drug trafficking activities of AMAURY CALDERORN SANTIAGO.   During the week of May 19, 2019, law enforcement corroborated information discussed with CS-1 regarding AMAURY CALDERON SANTIAGO; such as his address, telephone number (787-354-6851), and type of vehicle. It should be noted that on June 6, 2019, CS-1 was involved in the controlled purchase of Cocaine from AMAURY CALDERON SANTIAGO.   Prior to the controlled narcotics purchase, CS-1 was searched by TFO Aaron Young for narcotics and contraband, which concluded with negative results, as witnessed by SA Richard Schmitt; however, CS-1 was searched again by TFO Aaron Young after the controlled narcotics purchase and four one-hundred dollar bills were found in CS-1's rear pants pocket.  CS-1 later admitted the $400.00 was DEA Official Authorized Funds (OAF).  SA Schmitt also noticed that the amount (approximately two (2) ounces) of Cocaine CS-1 was supposed to purchase appeared to be less than the agreed upon amount.  SA Schmitt then informed CS-1 that SA Schmitt was going to visually search CS-1's groin area, and CS-1 then admitted he had stolen some of the Cocaine CS-1 had purchased with the DEA OAF.  It should be further noted that CS-1 was counselled regarding his behavior and de-activated as a Confidential Source.

9. The information provided by CS-1 has led to a Pen & Ping search warrant for AMAURY CALDERON SANTIAGO's cellular phone, 787-354-6851. The controlled purchase of Cocaine by CS-1 from AMAURY CALDERON SANTIAGO has also led to an arrest warrant for AMAURY CALDERON SANTIAGO CS-1's criminal history: Trafficking in Drugs, Drug Abuse, Possession of Dangerous Drugs, Possession of Drug Paraphernalia, Domestic Violence, Receiving Stolen Property, Illegal Possession of a Weapon, Having a Weapon Under Disability, Driving While Suspended, Theft. CS-1 cooperated in exchange for possible prosecutorial consideration and has received monetary compensation for expenses incurred while cooperating. I believe CS-1's information is reliable because CS-1's information has been consistently corroborated by independent investigations by law enforcement. In addition, CS-1 provided information against CS-1's penal interest

## **PROBABLE CAUSE**

10. The United States, including DEA, is conducting a criminal investigation of AMAURY CALDERON SANTIAGO regarding possible violations of Title 21, U.S.C. Section 841(a)(1), that is, knowingly and intentionally distributing and possessing with the intent to distribute Cocaine; and Title 21, U.S.C. Section 846; that is, conspiracy to distribute Cocaine.

11. Except as otherwise noted, the information set forth in this Affidavit has been provided to me by officers and agents of the DEA-YRO or other law enforcement officers or agents. Unless otherwise noted, whenever in this Affidavit, I assert that a statement was made, the information was provided by another law enforcement officer

(who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed. Likewise, information resulting from physical surveillance, except where otherwise indicated, does not necessarily set forth my observations, but rather has been provided directly or indirectly through the DEA or other law enforcement officers who conducted such surveillance. Any information pertaining to vehicles and/or registrations, personal data on subjects or record checks has been obtained through the Law Enforcement Automated Data System ("LEADS") from the State of Ohio, the Ohio Law Enforcement Gateway ("OHLEG") from the Ohio Attorney General's Office or the National Crime Information Center ("NCIC") computers by members herein described.

12. On May 18, 2019, SA Richard Schmitt and TFO Don Lambert spoke with CS-1, who advised that CS-1 has purchased multiple ounces of Cocaine from AMAURY CALDERON SANTIAGO. CS-1 stated that AMAURY CALDERON SANTIAGO also provided CS-1 with several grams of Heroin that was laced with Fentanyl as a sample for CS-1. In addition, CS-1 advised that AMAUARY CALDERON SANTIAGO has offered on several occasions to sell CS-1 a half kilogram of Cocaine whenever CS-1 is ready for it. CS-1 stated AMAURY CALDERON SANTIAGO informed CS-1 that he (AMAURY CALDERON SANTIAGO) and his "brothers" are receiving several kilograms of Cocaine and Heroin each week from Puerto Rico. It should be noted that AMAURY CALDERON SANTIAGO's father, Felix CALDERON PAGAN, later informed SA Schmitt that AMAURY CALDERON SANTIAGO and FELIX CALDERON SANTIAGO are brothers.

13. CS-1 stated CS-1 and AMAURY CALDERON SANTIAGO primarily communicate via text messaging; however, CS-1 advised they also speak over the phone. CS-1 stated that CS-1 sends AMAURY CALDERON SANTIAGO a text message containing emojis for each ounce of Cocaine CS-1 is going to purchase. For example, if CS-1 is going to purchase five (5) ounces of Cocaine, then CS-1 would send a text message with five (5) emojis. CS-1 provided a phone number of 787-354-6851 for AMAURY CALDERON SANTIAGO.

14. CS-1 indicated that AMAURY CALDERON SANTIAGO and his "brothers" utilize four (4) houses on the East side of Youngstown, Ohio. It should be noted that on May 21, 2019, CS-1 showed SA Schmitt and TFO Aaron Young the location of the four residences. CS-1 stated that AMAURY CALDERON SANTIAGO lives at 1362 Lansdown Blvd., Youngstown, Ohio 44505 and a majority of the time that is where AMAURY CALDERON SANTIAGO meets with CS-1. CS-1 also stated that AMAURY CALDERON SANTIAGO drives a black Jeep Liberty. It should be noted that on one occasion, CS-1 observed AMAURY CALDERON SANTIAGO holding an AK-47 rifle while inside this residence. According to the Mahoning County Auditor's Office, Darrell HARRISON is the registered owner of 1362 Lansdowne Blvd., Youngstown, Ohio 44505.

15. CS-1 stated that another residence AMAURY CALDERON SANTIAGO and his "brothers" utilize is 1502 Victor Ave., Youngstown, Ohio 44505. CS-1 stated that CS-1 has purchased Cocaine from AMAURY CALDERON SANTIAGO at this residence. CS-1 stated that CS-1 also observed one of AMAURY CALDERON SANTIAGO's "brothers", later identified as Michael FLORES-MALDONADO, exiting a

grey Acura TL. It should be noted that on Michael FLORES-MALDONADO Facebook page, AMAURY CALDERON SANTIAGO and Michael FLORES-MALDONADO are in a homemade video driving around in an Acura. It should also be noted that on May 22, 2019, SA Schmitt observed a grey Acura TL bearing Ohio registration: HOP-5263 parked in the driveway of 1502 Victor Ave., Youngstown, Ohio. According to the Ohio Bureau of Motor Vehicles, the Acura TL is registered to Ada Nivea Calderon SANTIAGO at 1502 Victor Ave., Youngstown, Ohio 44505. It should be noted that FELIX CALDERON PAGAN also has 1502 Victor Ave., Youngstown, Ohio 44505 listed as his address on his Ohio driver's license. CS-1 identified both FELIX CALDERON PAGAN and Ada SANTIAGO as individuals CS-1 has observed with AMAURY CALDERON SANTIAGO on different occasions. According to the Mahoning County Auditor's Office, Michael FLORES-MALDONADO is the registered owner of 1502 Victor Ave., Youngstown, Ohio 44505.

16. CS-1 advised a third residence AMAURY CALDERON SANTIAGO and his "brothers" utilize is 1506 Bennington Ave., Youngstown, Ohio 44505. CS-1 stated that on May 16, 2019, AMAURY CALDERON SANTIAGO informed CS-1 via telephone that an unknown black male had stolen approximately a half kilogram of Heroin from AMAURY CALDERON SANTIAGO. AMAURY CALDERON SANTIAGO instructed CS-1 to pick him (AMAURY CALDERON SANTIAGO) up at 1506 Bennington Ave., Youngstown, Ohio 44505. CS-1 stated that while meeting with AMAURY CALDERON SANTIAGO, CS-1 observed an older Hispanic male, later identified as FELIX CALDERON PAGAN, arrive at the residence in a gold colored car. CS-1 advised FELIX CALDEORN PAGAN exited the vehicle carrying a handgun and then walked into this

residence. It should be noted that on May 22, 2019, SA Schmitt observed a grey Honda Odyssey bearing Ohio registration: HNV-9719 parked in the driveway 1506 Bennington Ave., Youngstown, Ohio 44505. According to the Ohio Bureau of Motor Vehicles, the vehicle is registered to FELIX ANTONIO CALDERON PAGAN at 1502 Victor Ave., Youngstown, Ohio 44505. According to the Mahoning County Auditor's Office, Youngstown Jubilee Homes II Limited Partnership is the registered owner of 1506 Bennington Ave., Youngstown, Ohio 44505.

17. CS-1 advised the fourth residence AMAURY CALDERON SANTIAGO and his "brothers" utilize is 1732 Atkinson St., Youngstown, Ohio 44505. CS-1 stated that he was only at this residence once. CS-1 stated that AMAURY CALDERON SANTIAGO was in CS-1's vehicle and AMAURY CALDERON SANTIAGO instructed CS-1 to drive to this residence. CS-1 stated CS-1 waited in the vehicle while AMAURY CALDERON SANTIAGO went inside to get the Cocaine. According to the Mahoning County Auditor's Office, Ashlinn N. SYKES is the registered owner of 1732 Atkinson St., Youngstown, Ohio 44505.

18. During the week of May 26, 2019, RAC Gregory Brodersen, SA Schmitt, and TFO Young met with CS-1 at the DEA-Youngstown Resident Office (DEA-YRO). CS-1 advised CS-1 had previously spoken via telephone with AMAURY CALDERON SANTIAGO and had agreed to purchase two (2) ounces of Cocaine for $2,200.00. CS-1 stated that AMAURY CALDERON SANTIAGO had informed the CS on May 28, 2019 that he (AMAURY CALDERON SANTIAGO) was in the process of moving out of 1362 Lansdowne Blvd., Youngstown, Ohio 44505, due to an increase in police presence in the area.

19. On May 29, 2019, CS-1 purchased 80.2 gross grams of Cocaine (Exhibit 1) from AMAURY CALDERON SANTIAGO. At approximately 11:23 a.m., CS-1 placed a consensually monitored and recorded telephone call to AMAURY CALDERON SANTIAGO at telephone number 787-354-6851; however, nobody answered the telephone. It should be noted that SA Schmitt dialed the telephone number. CS-1 then received a text message from AMAURY CALDERON SANTIAGO at 787-354-6851 stating, "On my way". At approximately 11:27 a.m., CS-1 placed a second consensually monitored and recorded telephone call to AMAURY CALDERON SANTIAGO at telephone number 787-354-6851. CS-1 spoke with AMAURY CALDERON SANTIAGO, who stated he (AMAURY CALDERON SANTIAGO) was on his way to the Eastside of Youngstown, Ohio. After the telephone call, CS-1 advised that CS-1 believed AMAURY CALDERON SANTIAGO would meet CS-1 at 1362 Lansdown Blvd., Youngstown, Ohio to conduct the narcotics transaction.

20. At approximately 12:00 p.m., CS-1 arrived at a neutral location, as witnessed by RAC Brodersen, SA Schmitt, TFO Christopher Gallo, and TFO Young. At approximately 12:03 p.m., SA Schmitt provided CS-1 with $2,200.00 DEA OAF via DEA-103, as witnessed by TFO Young. At approximately 12:06 p.m., TFO Gallo provided CS-1 with an electronic transmitting/recording device, as witnessed by SA Schmitt. At approximately 12:09 p.m., CS-1 received a telephone call from AMAURY CALDERON SANTIAGO at 787-354-6851, in which CS-1 was advised to meet AMAURY CALDERON SANTIAGO at 1506 Bennington Ave., Youngstown, Ohio 44505 to conduct the purchase of Cocaine. It should be noted that this call from AMAURY CALDERON

SANTIAGO was not recorded due to agents not having enough time to set up the recording equipment. Immediately following the telephone call, CS-1 departed the neutral location.

21. At approximately 12:16 p.m., CS-1 arrived in the driveway of 1506 Bennington Ave. At approximately 12:17 p.m., SA Schmitt and TFO Young were able to observe and hear via the electronic recording/transmitting device, AMAURY CALDERON SANTIAGO enter CS-1's vehicle. SA Schmitt and TFO Young were also able to observe CS-1 hand AMAURY CALDERON SANTIAGO the $2,200.00 DEA OAF as well as observe AMAURY CALDERON SANTIAGO hand CS-1 two (2) knotted plastic baggies containing a white powdery substance of suspected Cocaine (Exhibit 1). At approximately 12:20 p.m., AMAURY CALDERON SANTIAGO exited CS-1's vehicle and CS-1 then departed the residence. It should be noted that surveillance was not maintained on AMAURY CALDERON SANTIAGO due to the location of the residence he was at and the possibility of counter surveillance in the surrounding neighborhood. Members of the DEA-YRO have knowledge, based on past narcotics investigations, that numerous members of the surrounding neighborhood have utilized counter surveillance techniques in past investigations.

22. At approximately 12:26 p.m., CS-1 arrived at a neutral location, as witnessed by SA Schmitt and TFO Young. At approximately 12:28 p.m., CS-1 transferred custody of the electronic transmitting/recording device to SA Schmitt, as witnessed by TFO Young. It should be noted that this recording was later assigned Exhibit N-1. Also at approximately 12:28 p.m., CS-1 transferred custody of Exhibit 1 to SA Schmitt, as witnessed by TFO Young. SA Schmitt then placed Exhibit 1 into DEA SSEE #S000954916, as witnessed by TFO Young. Exhibit 1 was then transported to the

Youngstown Resident Office by SA Schmitt and TFO Young. SA Schmitt then field tested Exhibit 1, which tested positive for the presence of Cocaine, as witnessed by TFO Young. SA Schmitt then sealed Exhibit 1 in DEA SSEE #S000954916, as witnessed by TFO Young. On May 29, 2019, Exhibit 1 was shipped to the North Central Laboratory for analysis and safekeeping (Fed Ex tracking number: 8146 6231 8698).

23. SA Schmitt also debriefed CS-1, who advised when CS-1 arrived at 1506 Bennington Ave., Youngstown, Ohio 44505, CS-1 observed AMAURY CALDERON SANTIAGO standing on the front porch of the residence along with another unidentified Hispanic male. CS-1 advised a minivan was parked in the driveway and obstructed CS-1's view of the second individual, thus preventing CS-1 from obtaining a description of the unidentified Hispanic male. CS-1 stated that AMAURY CALDERON SANTIAGO explained that he (AMAURY CALDERON SANTIAGO) is going to Puerto Rico in a few weeks and requested CS-1 to become partners with AMAURY CALDERON SANTIAGO. CS-1 explained that AMAURY CALDERON SANTIAGO wants CS-1 to combine the CS-1's money with AMAURY CALDERON SANTIAGO's money, and then utilize the money to import kilograms of Cocaine from Puerto Rico. CS-1 stated that AMAURY CALDERON SANTIAGO didn't advise how much money he wanted CS-1 to provide, but CS-1 stated CS-1 would attempt to find out. The rest of the CS-1's account of events was consistent with the electronic recording that was later viewed by SA Schmitt and TFO Young.

24. On June 3, 2019 at approximately 9:53 AM, TFO Aaron Young observed no activity or vehicles at 1362 Lansdowne Blvd., Youngstown, Ohio 44505. At approximately 9:58 AM, TFO Young observed the black 2002 Jeep Liberty (bearing Ohio

license plate# HHA8250), which is commonly driven by AMAURY CALDERON SANTIAGO and has been documented as such, to be parked in the driveway of 1502 Victor Ave.

25. On June 3, 2019 at approximately 10:20 a.m., U.S. Magistrate Judge George J. Limbert signed a search warrant for precise cellular telephone location data for cellular phone number 787-354-6851, subscribed to a Pre-Paid Subscriber and utilized by AMAURY CALDERON SANTIAGO, with a service provider of AT&T, for a period of 30 days. The first cellular GPS ping was received from AT&T on June 3, 2019 at approximately 2:18 P.M. Eastern Standard Time. Members of the Youngstown Resident Office (YRO) are court authorized to receive cellular GPS pings until July 3, 2019.

26. On June 4, 2019 an Administrative subpoena was sent to Ohio Edison to obtain subscriber account information for the following addresses: 94 Tremble Ave., Campbell, Ohio 44405; 1362 Lansdown Blvd., Youngstown, Ohio 44505; 1506 Bennington Ave., Youngstown, Ohio 44505; 1502 Victor Ave., Youngstown, Ohio 44505; and 1732 Atkinson Ave., Youngstown, Ohio 44505. It should be noted that 94 Tremble Ave., Campbell, Ohio 44405 is the address listed on AMUARY CALDERON SANTIAGO's Ohio driver's license, and is also where SA Schmitt received several Precise Cellular GPS location pings from AMAURY SANTIAGO's phone, 787-354-6851.

27. On June 4, 2019, Ohio Edison sent their response with the following information regarding 94 Tremble Ave., Campbell, Ohio 44405: Customer Account Name: Heather Esther; Listed Partner: Courtney Rogers; Telephone Contact Number: 330-610-0050; Mailing Address: 94 Tremble Ave., Campbell, Ohio 44405; Service Address: 94

Tremble Ave., Campbell, Ohio 44405; Account Number: 110113479403; Email Address: callmebubbles95@yahoo.com.

28. On June 4, 2019, Ohio Edison sent their response with the following information regarding 1506 Bennington Ave., Youngstown, Ohio 44505: Customer Account Name: **FELIX E. CALDERON SANTIAGO**; Telephone Contact Number: (Primary) 234-855-0398 / (Secondary) 518-354-2130; Mailing Address: 1506 Bennington Ave., Youngstown, Ohio 44505; Service Address: 1506 Bennington Ave., Youngstown, Ohio 44505; Account Number: 110123533769. It should be noted that FELIX CALDERON PAGAN is known to be associated with 1506 Bennington Ave., Youngstown, Ohio 44505.

29. On June 4, 2019, Ohio Edison sent their response with the following information regarding 1502 Victor Ave., Youngstown, Ohio 44505: Customer Account Name: AMAURY CALDERON SANTIAGO; Telephone Contact Number: 234-855-0398; Service Address: 1502 Victor Ave., Youngstown, Ohio 44505; Mailing Address: 1502 Victor Ave., Youngstown, Ohio 44505; Account Number: 110107571934; Email Address: calderonada03@yahoo.com; Web User: ADACALDERON03. It should be noted that the Telephone Contact Number for this residence is the same as the primary contact number for 1506 Bennington Ave., Youngstown, Ohio 44505. It should further be noted, according to the Mahoning County Auditor's Office, Michael FLORES-MALDONADO is the registered owner of 1502 Victor Ave., Youngstown, Ohio 44505.

30. On June 4, 2019, Ohio Edison sent their response with the following information regarding 1362 Lansdowne Blvd., Youngstown, Ohio 44505: Customer Account Name: Lizbeth Merced; Telephone Contact Number: 330-519-2458; Service

Address: 1362 Lansdowne Blvd., Youngstown, Ohio 44505;  Mailing Address: 1362 Lansdowne Blvd., Youngstown, Ohio 44505;  Account Number: 110130575415;  Email Address: amaurymikhail@gmail.com; Web User: LISBETH05.

31. On June 4, 2019, Ohio Edison sent their response with the following information regarding 1732 Atkinson Ave., Youngstown, Ohio 44505: Customer Account Name: Carmelia Gooden;  Listed Partner Name: Ashlinn Sykes;  Telephone Contact Number: (Primary) 330-599-8488 / (Secondary) 330-501-3824;  Service Address: 1732 Atkinson Ave., Youngstown, Ohio 44505;  Mailing Address: 1732 Atkinson Ave., Youngstown, Ohio 44505;  Account Number: 110091677390;  Email Address: lovelyladyie@yahoo.com;  Web User: ASHLINN1.

32. On June 6, 2019, CS-1 conducted a second controlled purchase of Cocaine from AMAURY CALDERON SANTIAGO.  At approximately 10:45 a.m., SA Richard Schmitt and TFO Aaron Young gave an operational briefing to all agents and task force officers of the DEA-Youngstown Resident Office (DEA-YRO) regarding a controlled narcotics transaction between CS-1 and AMAURY CALDERON SANTIAGO.  After this briefing, surveillance was established in the vicinity of 1506 Bennington Ave., Youngstown, Ohio 44505, which is where it was anticipated that the controlled purchase would occur.

33. At approximately 11:35 a.m., RAC Gregory Brodersen, SA Schmitt, and TFO Young met with CS-1 at the DEA-YRO.  CS-1 advised CS-1 had previously spoken via telephone with AMAURY CALDERON SANTIAGO and had agreed to purchase two (2) ounces of Cocaine HCL for $2,400.00.  At approximately 11:37 a.m., TFO Young searched CS-1 for narcotics and contraband, which concluded with negative results, as witnessed by

SA Schmitt. At approximately 11:40 a.m., SA Schmitt searched CS-1's vehicle for narcotics and contraband, which concluded with negative results, as witnessed by TFO Young.

34. At approximately 11:44 a.m., CS-1 placed a consensually monitored and recorded telephone call to AMAURY CALDERON SANTIAGO at telephone number 787-354-6851; however, nobody answered the telephone. It should be noted that SA Schmitt dialed the telephone number. CS-1 then sent AMAURY CALDERON SANTIAGO a text message at 787-354-6851, informing AMAURY CALDERON SANTIAGO that CS-1 was ready to meet with him, to which AMAURY CALDERON SANTIAGO agreed to meet with CS-1. CS-1 advised that he would meet with AMAURY CALDERON SANTIAGO at 1506 Bennington Ave., Youngstown, Ohio 44505, which is where CS-1 normally meets with AMAURY CALDERON SANTIAGO. It should be noted that a photograph of the text message communication between CS and AMAURY CALDERON SANTIAGO is attached to this DEA-6.

35. At approximately 12:15 p.m., CS-1 arrived at a neutral location, as witnessed by RAC Brodersen, SA Schmitt, and TFO Young. At approximately 12:17 p.m., TFO Young provided CS-1 with $2,400.00 DEA OAF via DEA-103, as witnessed by SA Schmitt. At approximately 12:18 p.m., SA Schmitt provided CS-1 with an electronic transmitting/recording device, as witnessed by TFO Young. Immediately following, TFO Young provided CS-1 with a second electronic transmitting/recording device, as witnessed by SA Schmitt.

36. At approximately 12:20 p.m., CS-1 departed the neutral location and traveled towards 1506 Bennington Ave., Youngstown, Ohio 44505. At approximately 12:25 p.m.,

CS-1 arrived in the driveway of 1506 Bennington Ave., Youngstown, Ohio 44505, as observed by SA Schmitt, TFO Young, and TFO Beniston. At approximately 12:26 p.m., SA Schmitt and TFO Young were able to observe and hear via the electronic recording/transmitting device, CS-1 speaking with an unknown male, later identified by CS-1 as FELIX CALDERON PAGAN. SA Schmitt and TFO Young were able to hear FELIX CALDERON PAGAN ask CS-1 what he wanted, to which CS-1 replied, "Two". FELIX CALDERON PAGAN then asked CS-1 if CS-1 meant two (2) ounces, which CS-1 confirmed that he did mean two ounces. FELIX CALDERON PAGAN was then observed, by SA Schmitt and TFO Young, opening the front driver's side door of a grey Honda Odyssey bearing Ohio registration: HNV-9719 parked in the driveway 1506 Bennington Ave., Youngstown, Ohio 44505. According to the Ohio Bureau of Motor Vehicles, the vehicle is registered to FELIX ANTONIO CALDERON PAGAN at 1502 Victor Ave., Youngstown, Ohio 44505.

37. At approximately 12:29 p.m., SA Schmitt and TFO Young were able to hear CS-1 state that CS-1 was going to follow AMAURY CALDERON SANTIAGO to another house. SA Schmitt then spoke with CS-1 via telephone and was advised that AMAURY CALDERON SANTIAGO had arrived at 1506 Bennington Ave., Youngstown, Ohio 44505 in a dark colored Toyota and motioned for CS-1 to follow him. At approximately 12:32 p.m., SA Schmitt and TFO Young observed CS-1's vehicle and a dark colored Toyota at a red brick house, located on the East side of Bennington Ave., north of Stewart Ave. It should be noted that TFO Sam Mosca later identified this residence as 829 Bennington Ave., Youngstown, Ohio 44505. SA Schmitt and TFO Young could then hear, via the electronic transmitting/recording device, AMAURY CALDERON SANTIAGO tell

the CS that he (AMAURY CALDERON SANTIAGO) had to go get the two ounces of Cocaine.

38. At approximately 12:35 p.m., SA Schmitt and TFO Young observed the dark colored Toyota exit 829 Bennington Ave., Youngstown, Ohio 44505 and proceed Northbound on Bennington Ave. At approximately 12:38 p.m., SA Jonathan Fraser observed the dark colored Toyota enter the driveway of 1506 Bennington Ave., Youngstown, Ohio 44505. At approximately 12:42 p.m., SA Fraser observed the dark colored Toyota exit the driveway and proceed towards 829 Bennington Ave., Youngstown, Ohio 44505. At approximately 12:44 p.m., TFO Mosca observed the dark colored Toyota return to 829 Bennington Ave., Youngstown, Ohio 44505. SA Schmitt and TFO Young could then hear, via the electronic transmitting/recording device, AMAURY CALDERON SANTIAGO explaining to CS-1 that AMAURY CALDERON SANTIAGO's father, FELIX CALDERON PAGAN, didn't want people coming directly to 1506 Bennington Ave., Youngstown, Ohio 44505 to purchase Cocaine. AMAURY CALDERON SANTIAGO further advised CS-1 that AMAURY CALDERON SANTIAGO only had approximately three more ounces of Cocaine available for purchase until their next shipment of Cocaine arrived from Puerto Rico. At approximately 12:47 p.m., TFO Mosca observed the dark colored Toyota depart from 829 Bennington Ave., Youngstown, Ohio 44505. It should be noted that surveillance was not maintained on AMAURY CALDERON SANTIAGO due to the location of the residence he was at and the possibility of counter surveillance in the surrounding neighborhood. Members of the DEA-YRO have knowledge, based on past narcotics investigations, that numerous members of the

surrounding neighborhood have utilized counter surveillance techniques in past investigations.

39. At approximately 12:47 p.m., TFO Mosca observed CS-1 depart from 829 Bennington Ave., Youngstown, Ohio 44505. At approximately 12:51 p.m., CS-1 arrived at a neutral location, as witnessed by RAC Brodersen, SA Schmitt, and TFO Young. At approximately 12:51 p.m., CS-1 transferred custody of Exhibit 2 (73.2 gross grams) to SA Schmitt, as witnessed by TFO Young. SA Schmitt then placed Exhibit 2 into DEA SSEE #S000954931, as witnessed by TFO Young. At approximately 12:54 p.m., CS-1 transferred custody of both of the electronic transmitting/recording devices to SA Schmitt, as witnessed by TFO Young. It should be noted that these recordings were later assigned Exhibit N-2.

40. At approximately 12:55 p.m., TFO Young searched CS-1 for narcotics and contraband, as witnessed by RAC Brodersen and SA Schmitt. During the search of the CS, TFO Young located four (4) one-hundred dollar bills in the back pocket of the CS-1's pants. CS-1 initially stated the $400.00 belonged to CS-1; however, TFO Young advised CS-1 that CS-1 did not have $400.00 when CS-1 was searched prior to the controlled purchase. SA Schmitt also noted that CS-1 had originally advised SA Schmitt that AMAURY CALDERON SANTIAGO had charged CS-1 the full $2,400.00 DEA OAF for the Cocaine. CS-1 then admitted that the $400.00 was DEA OAF.

41. At that time, SA Schmitt noted that Exhibit 2 appeared to be less than fifty-six grams (two (2) ounces) of Cocaine. SA Schmitt then placed Exhibit 2 on a portable scale and noted that Exhibit 2 weighed approximately 41.92 grams. SA Schmitt then asked CS-1 why Exhibit 2 wasn't two (2) ounces, and CS-1 claimed that AMAURY CALDERON

SANTIAGO must have shorted him. CS-1 then placed a consensually monitored and recorded call to AMAURY CALDERON SANTIAGO at 787-354-6851, which was dialed by SA Schmitt. CS-1 informed AMAURY CALDERON SANTIAGO that the two (2) ounces of Cocaine that CS-1 purchased was all in one (1) bag, and that the bag was less than two (2) ounces of Cocaine. AMAURY CALDERON SANTIAGO disagreed with CS-1 and informed CS-1 that he (AMAURY CALDERON SANTIAGO) had personally packaged and weighed the Cocaine so he (AMAURY CALDERON SANTIAGO) knew that he had given CS-1 the correct amount of Cocaine. Shortly afterwards, the telephone call between CS-1 and AMAURY CALDERON SANTIAGO ended.

42. At approximately 1:03 p.m., RAC Brodersen and TFO Young searched the CS-1's vehicle for narcotics and contraband, which concluded with negative results, as witnessed by SA Schmitt. Immediately following this, SA Schmitt asked CS-1 several times if CS-1 had stolen any of the Cocaine purchased from AMAURY CALDERON SANTIAGO. CS-1 assured SA Schmitt multiple times that CS-1 hadn't stolen any of the Cocaine; however, when SA Schmitt advised CS-1 that SA Schmitt was going to visually search CS-1's groin area, CS-1 admitted that CS-1 had stolen Cocaine concealed in his groin area. At approximately 1:07 p.m., CS-1 removed a knotted latex glove further containing a white powdery substance of suspected Cocaine (Exhibit 3) and transferred custody of Exhibit 3 to SA Schmitt, as witnessed by TFO Young. SA Schmitt then placed Exhibit 3 into DEA SSEE #S000954932, as witnessed by TFO Young.

43. Exhibit 2 and Exhibit 3 were then transported to the Youngstown Resident Office by SA Schmitt and TFO Young. SA Schmitt then field tested Exhibit 2 and Exhibit 3, which tested positive for the presence of Cocaine, as witnessed by TFO Young. SA

Schmitt then sealed Exhibit 2 in DEA SSEE #S000954931 and Exhibit 3 in DEA SSEE S000954932, as witnessed by TFO Young. On June 6, 2019, Exhibit 2 and Exhibit 3 were shipped to the North Central Laboratory for analysis and safekeeping (Fed Ex tracking number: 8146 6231 8610).

44. RAC Brodersen, SA Schmitt, and TFO Young then spoke with CS-1 regarding the controlled purchase as well as the attempted theft of Cocaine. CS-1 advised after CS-1 departed the neutral location, CS-1 arrived at 1506 Bennington Ave., Youngstown, Ohio 44505. CS-1 stated CS-1 remained in CS-1's vehicle while CS-1 was waiting for AMAURY CALDERON SANTIAGO. CS-1 stated that FELIX CALDERON PAGAN approached CS-1 and inquired what he wanted. CS-1 stated he informed FELIX CALDERON PAGAN that CS-1 wanted two ounces of Cocaine. CS-1 stated that FELIX CALDERON PAGAN then stated, "twenty-eight, twenty-eight" and CS-1 stated that FELIX CALDERON PAGAN was confirming that each ounce was twenty-eight (28) grams. CS-1 stated FELIX CALDERON PAGAN told CS-1 to wait a minute and then walked towards the residence.

45. CS-1 stated a few minutes later, AMAURY CALDERON SANTIAGO arrived in the driveway driving a dark colored Toyota. CS-1 stated AMAURY CALDERON SANTIAGO motioned for CS-1 to follow him and also stated AMAURY CALDERON SANTIAGO sent CS-1 a text message stating, "Follow". CS-1 then followed AMAURY CALDERON SANTIAGO to 829 Bennington Ave., Youngstown, Ohio 44505. CS-1 stated upon arriving at 829 Bennington Ave., Youngstown, Ohio 44505, AMAURY CALDERON SANTIAGO exited the dark colored Toyota and approached CS-1's vehicle. CS-1 stated AMAURY CALDERON SANTIAGO asked him how much Cocaine CS-1

wanted to purchase, to which CS-1 advised two (2) ounces. AMAURY CALDERON SANTIAGO then informed CS-1 that he (AMAURY CALDERON SANTIAGO) had to go get the two (2) ounces of Cocaine. CS-1 stated AMAURY CALDERON SANTIAGO then re-entered the driver's seat of the dark colored Toyota and exited 829 Bennington Ave., Youngstown, Ohio 44505. As previously noted, at this time SA Fraser observed the dark colored Toyota drive to and enter the driveway of 1506 Bennington Ave., Youngstown, Ohio 44505.

46. 15. CS-1 stated several minutes later, AMAURY CALDERON SANTIAGO returned to 829 Bennington Ave., Youngstown, Ohio 44505, driving the same dark colored Toyota. CS-1 stated AMAURY CALDERON SANTIAGO then re-approached CS-1's vehicle, at which time CS-1 handed AMAURY CALDERON SANTIAGO $2,000.00 DEA OAF while AMAURY CALDERON SANTIAGO handed CS-1 a clear plastic baggie containing suspected Cocaine. CS-1 stated AMAURY CALDERON SANTIAGO and CS-1 then discussed FELIX CALDERON PAGAN being angry with AMAURY CALDERON SANTIAGO because FELIX CALDERON PAGAN does not want anyone buying Cocaine directly from 1506 Bennington Ave., Youngstown, Ohio 44505. CS-1 stated AMAURY CALDERON SANTIAGO then re-entered the dark colored Toyota and exited 829 Bennington Ave., Youngstown, Ohio 44505. CS-1 stated AMAURY CALDERON SANTIAGO usually drives the black Jeep Liberty, which was parked in the driveway 829 Bennington Ave., Youngstown, Ohio 44505.

47. On June 5, 2019, SA Schmitt spoke with PI Jason Parillo regarding AMAURY CALDERON SANTIAGO and FELIX CALDERON PAGAN. SA Schmitt advised PI Parillo that AMAURY CALDERON SANTIAGO and FELIX CALDERON PAGAN were

suspected of receiving multiple kilograms of Heroin and Cocaine from Puerto Rico through the mail. SA Schmitt provided all known addresses associated with AMAURY CALDERON SANTIAGO and FELIX CALDERON PAGAN to PI Parillo. Later that same date, PI Parillo advised that 1506 Bennington Ave., Youngstown, Ohio 44505; 1502 Victor Ave., Youngstown, Ohio 44505; and 1362 Lansdown Blvd., Youngstown, Ohio 44505 all had received numerous packages from Puerto Rico as well as websites that PI Parillo knew to be associated with the dark web. PI Parillo advised SA Schmitt that websites such as www.stamps.com, www.endicia.com, "Easy Post" are known to be websites utilized by the dark web. PI Parillo knows from his training and work experience, that the dark web is commonly used for the purchase and sale of drugs. PI Parillo emailed SA Schmitt the list of packages mailed to the aforementioned residence from June 2018 to June 2019. The first parcel delivered to 1506 Bennington Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 3/16/2019; Weight: 2.75 pounds; Mail Piece ID: 50930903690. Delivery Date: 4/2/2019; Weight 2.88 pounds; Mail Piece ID: 51230807479. PI Parillo also attached a photograph of Parcel 2.

48. The second parcel delivered to 1506 Bennington Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 4/2/2019; Weight: 2.88 pounds; Mail Piece ID: 51230807479. PI Parillo also attached a photograph of this parcel, which is attached to this DEA-6. This parcel is addressed: From- Miguel O. Diaz Vaez, Urb. Santa Elena C-10A 1-4, Apt. 2, Bayamon, Puerto Rico; To- Kathy Hernandez, 1506 Bennington Ave., Youngstown, Ohio 44505.

49. The third parcel delivered to 1506 Bennington Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 4/9/2019; Weight: 2.88

pounds; Mail Piece ID: 51386122429. PI Parillo also attached a photograph of this parcel, which is attached to this DEA-6. This parcel is addressed: From- Hellen Calderon Rodriguez (with an unreadable address); To- Kathy Diaz (unreadable last name), 1506 Bennington Ave., Youngstown, Ohio 44505.

50. The fourth parcel delivered to 1506 Bennington Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 5/4/2019; Weight: 4.75 pounds; Mail Piece ID: 51794695594. PI Parillo also attached a photograph of this parcel, which is attached to this DEA-6. This parcel is addressed: From- Rosa Perez, C10 A1 Apt. 2, Urb. Santa Elena, Bayamon, Puerto Rico, 00957; To- Kathy Hernandez, 1506 Bennington Ave., Youngstown, Ohio 44505.

51. The fifth parcel delivered to 1506 Bennington Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 6/3/2019; Weight: 4.12 pounds; Mail Piece ID: 52280041510. PI Parillo also attached a photograph of this parcel, which is attached to this DEA-6. This parcel is addressed: From- Hellen Calderon Rodriguez, Jardines de Carolina CK Casa, K-35 00987; To- Victor Garcia Diaz, 1506 Bennington Ave., Youngstown, Ohio 44505.

52. It should be noted that the names "Victor Garcia Diaz", "Kathy Hernandez", and "Kathy Diaz" are not associated in any databases or utility records with 1506 Bennington Ave., Youngstown, Ohio 44505. It should be noted that SA Schmitt knows from his training and work experience that drug traffickers are known to use fake names or aliases to conceal their identities from law enforcement.

53. The first parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 8/6/2018; Weight: 4.19 pounds; Mail Piece ID: 46668536473.

54. The second parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 8/11/2018; Weight: 5.88 pounds; Mail Piece ID: 46792497359.

55. The third parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 8/11/2018 (same as the second parcel); Weight: 9.31 pounds; Mail Piece ID: 46792497360.

56. The fourth parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 8/16/2018; Weight: 0.56 pounds; Mail Piece ID: 46871328318.

57. The fifth parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 9/1/2018; Weight: 6.19 pounds; Mail Piece ID: 47160765700.

58. The sixth parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 10/12/2018; Weight: 6.88 pounds; Mail Piece ID: 47869189973.

59. The seventh parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 11/5/2018; Weight: 2.38 pounds; Mail Piece ID: 48306690051.

60. The eighth parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 1/11/2019; Weight: 5 pounds; Mail Piece ID: 49798428254.

61. The ninth parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 3/30/2019; Weight: 3.38 pounds; Mail Piece ID: 51179187173.

62. The tenth parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 4/6/2019; Weight: 5.5 pounds; Mail Piece ID: 51302778948.

63. The eleventh parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 4/6/2019 (same as the tenth parcel); Weight: 7.94 pounds; Mail Piece ID: 51302778949.

64. The twelfth parcel delivered to 1502 Victor Ave., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 5/6/2019; Weight: 5.06 pounds; Mail Piece ID: 51828557648.

65. The first parcel delivered to 1362 Lansdowne Blvd., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 8/18/2018; Weight: 5.38 pounds; Mail Piece ID: 46915493580.

66. The second parcel delivered to 1362 Lansdowne Blvd., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 10/30/2018; Weight: 2.31 pounds; Mail Piece ID: 48199407690.

67. The third parcel delivered to 1362 Lansdowne Blvd., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 3/15/2019; Weight: 5.25 pounds; Mail Piece ID: 50908636619.

68. The fourth parcel delivered to 1362 Lansdowne Blvd., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 4/11/2019; Weight: 3 pounds; Mail Piece ID: 51384857546.

69. The fifth parcel delivered to 1362 Lansdowne Blvd., Youngstown, Ohio 44505 from Puerto Rico had the following information- Delivery Date: 5/6/2019; Weight: 5.62 pounds; Mail Piece ID: 51828517078.

70. On June 10, 2019, United States Postal Service (USMS) Postal Inspector (PI) Jason Parillo, advised SA Schmitt that a parcel weighing approximately six (6) pounds was addressed from Katherin Perez Vazquez at C-10 A-1 Apt 3 Orb Santa Elena, Bayamon (Puerto Rico) 00956 to Jose Escaleras Duran at 1506 Bennington Ave., Youngstown, Ohio 44505.

71. On June 10, 2019, the subject parcel was placed into a lineup containing several blank parcels which emanated no narcotics odors. Narcotic detection canine "Bono", handled by Trooper Ricky T. Caraway of the Ohio State Highway Patrol was allowed to examine the lineup. According to Trooper Caraway, K-9 Bono gave a positive alert on the subject parcel. According to Trooper Caraway, this positive alert meant Bono detected the odor of an illegal drug emanating from the parcel.

72. Trooper Caraway has been State Certified as a Narcotics Canine handler and he and narcotics canine Bono have worked together since 2014. Trooper Caraway and canine Bono were both re certified in May 2019 by the Ohio Peace Officers Training Academy

(OPOTA). Trooper Caraway and canine Bono have both completed 80 hours of a state-certified training program at Gold Shield Kennels in Columbus, Ohio under Certified Trainer Dan Bowman. During this time, Bono was trained and certified to alert to the presence of the odors from marijuana, cocaine, heroin, methamphetamine ("crystal meth"), and/or their derivatives. Trooper Caraway has been trained how to handle a detector K 9 and read his alerts.

73. On June 10, 2019, PI Parillo obtained a federal search warrant signed by the Honorable U.S. Magistrate Judge Jonathan D. Greenberg to search the subject parcel. On that same date, PI Parillo searched the subject parcel and located two clear plastic bags of a compressed white powdery substance. PI Parillo field tested the white powdery substance, which tested positive for the presence of Cocaine. PI Parillo also weighed the suspected Cocaine, which was approximately three (3) pounds and six (6) ounces. On June 11, 2019, PI Parillo would transfer custody of the suspected Cocaine, which was later assigned Exhibit 4, to SA Schmitt, as witnessed by TFO Don Lambert. SA Schmitt then weighed Exhibit 4, which was approximately 1,555.4 gross grams.

74. On June 11, 2019, in anticipation of the controlled delivery, Postal Inspector Parillo removed the original contents from the Subject Parcel and placed approximately ten (10) grams of the field-tested positive cocaine as a representative sample along with a GPS unit that would allow law enforcement to track the movement of the Subject Parcel. Law enforcement placed the GPS unit and representative sample inside a make-shift wooden block, which was the approximate size of the original contents. The wooden block was wrapped in black tape and placed back into the Subject Parcel, along with a parcel beacon, which would transmit a signal to law enforcement if the Subject Parcel were opened. The

representative sample and law-enforcement equipment were placed back in the Subject Parcel. In preparation for the controlled delivery, law enforcement also sprayed the Subject Parcel's inner part with clue spray, which illuminates under black light and would transfer to an individual who touches the Subject Parcel's contents or inner parts.

75. On June 11, 2019 at approximately 9:20 a.m., SA Richard Schmitt appeared before U.S. Magistrate Judge George J. Limbert in Youngstown, Ohio, and obtained a search warrant for 1506 Bennington Ave., Youngstown, Ohio, 44505. This residence was utilized by AMAURY CALDERON SANTIAGO on May 29, 2019 and June 6, 2019 during controlled purchases of Cocaine from AMAURY CALDERON SANTIAGO.

76. On June 11, 2019 at approximately 12:30 p.m., surveillance was established in the vicinity of 1506 Bennington Ave., Youngstown, Ohio 44505. At approximately 12:41 p.m., TFO Sam Mosca observed a Hispanic male, later identified as **FELIX EMILIO CALDERON SANTIAGO**, standing in the driveway of 1506 Bennington Ave., Youngstown, Ohio 44505. TFO Mosca observed **FELIX CALDERON SANTIAGO** holding a small child, later identified as Adrian Calderon Santiago, while standing in the driveway of the residence.

77. At approximately 1:01 p.m., TFO Mosca observed **FELIX CALDERON SANTIAGO** enter the front driver's seat of a grey Honda Odyssey van that was parked in the driveway of 1506 Bennington Ave., Youngstown, Ohio 44505. It should be noted that TFO Mosca noted that this van had the rear window missing, which was now made of plastic. TFO Mosca noted that **FELIX CALDERON SANTIAGO** then exited the Honda van and approached a Hispanic female, later identified as Marina Liz ORTIZ ADORNO, who was standing near a light blue vehicle parked in the front yard of 1506

Bennington Ave., Youngstown, Ohio 44505. TFO Mosca advised **FELIX CALDERON SANTIAGO** appeared to briefly speak with Marina ORTIZ ADORNO in the front yard of 1506 Bennington Ave., Youngstown, Ohio 44505. TFO Mosca next observed **FELIX CALDERON SANTIAGO** re-enter the driver's side of the Honda van and depart from 1506 Bennington Ave., Youngstown, Ohio 44505 at approximately 1:03 p.m.

78. Also at approximately 1:03 p.m., USPS PI Sonya Johnson, acting in an undercover capacity as a U.S. Postal Service Letter Carrier, obtained a U.S. Postal Service vehicle and drove the Subject Parcel to 1506 Bennington Ave., Youngstown, Ohio 44505. PI Johnson approached the residence on foot and spoke with Marina ORTIZ ADORNO. PI Johnson, who was on a live transmission with law enforcement, stated, "I have a box for Jose Duran". Marina ORTIZ ADORNO then took possession of the Subject Parcel and took the Subject Parcel into 1506 Bennington Ave., Youngstown, Ohio 44505. PI Johnson returned to the U.S. Postal Service vehicle and departed the area. The Subject Parcel was then scanned "delivered" remotely by a Postal Inspector in Cleveland, Ohio.

79. As PI Johnson was re-entering the U.S. Postal Service vehicle, TFO Don Belosic observed the Honda Van turn around in the driveway of an unidentified residence, which was adjacent to 1506 Bennington Ave., Youngstown, Ohio 44505. At approximately 1:04 p.m., TFO Belosic observed the Honda van enter the driveway of 1506 Bennington Ave., Youngstown, Ohio 44505. A few moments later, TFO Belosic observed the Honda van again depart from 1506 Bennington Ave., Youngstown, Ohio 44505.

80. At approximately 1:19 p.m., TFO Belosic observed the Honda van park in the driveway of 1506 Bennington Ave., Youngstown, Ohio 44505. At approximately 1:20

p.m., TFO Belosic observed **FELIX CALDERON SANTIAGO** enter 1506 Bennington Ave., Youngstown, Ohio 44505. At approximately 1:22 p.m., law enforcement received a signal from the parcel beacon placed inside the Subject Parcel that it had been opened. Members of the DEA-YRO then approached 1506 Bennington Ave., Youngstown, Ohio 44505 and executed the search warrant of the residence. Upon entry into the residence, members of the DEA-YRO encountered Marina ORTIZ ADORNO and the child in the front living room. Members of the DEA-YRO then encountered Felix CALDERON PAGAN and Ada Nivea SANTIAGO SOTO, who had both exited from the southeast bedroom. Members of the DEA-YRO next encountered **FELIX CALDERON SANTIAGO**, who was nude and sitting on the toilet, in the bathroom of the residence. Members of the DEA-YRO also observed an opened USPS mail package (Exhibit N-11) that had been cut in half lying in the bathtub, along with a box cutter that was lying on the floor. It should be noted that the bathtub was in close proximity to the toilet that FELIX CALDERON SANTIAGO was sitting on. Once the residence was secured, members of the DEA-YRO began searching 1506 Bennington Ave., Youngstown, Ohio 44505 as well as vehicles located on the property.

81. At approximately 1:43 p.m., Felix CALDERON PAGAN was read his Miranda Rights by SA Schmitt, as witnessed by PI Parillo. Felix CALDERON PAGAN stated that he is renting 1506 Bennington Ave., Youngstown, Ohio 44505. Felix CALDERON PAGAN further stated that he lives at the address with Ada SANTIAGO SOTO (his wife), **FELIX CALDERON SANTIAGO** (his son), Marina ORTIZ ADORNO (**FELIX CALDERON SANTIAGO's** wife), Adrian Calderon Santiago (his grandson), and AMAURY CALDERON SANTIAGO (his son). Felix CALDERON PAGAN advised that

AMAURY CALDERON SANTIAGO lives at 1506 Bennington Ave., Youngstown, Ohio 44505 most of the time; however, Felix CALDERON PAGAN stated that AMAURY CALDERON SANTIAGO also stays with an unknown "American white girl" at an unknown location. Felix CALDERON PAGAN advised he didn't know a package had been delivered to the residence because he and his wife, Ada SANTIAGO SOTO, were both sleeping in the southeast bedroom of the residence. Felix CALDERON PAGAN stated neither he nor any of his family members have ever been involved in drug trafficking.

82. Felix CALDERON PAGAN advised he and Ada SANTIAGO SOTO share the southeast bedroom. Felix CALDERON PAGAN further stated that east bedroom belongs to AMAURY CALDERON SANTIAGO. Felix CALDERON PAGAN stated that **FELIX CALDERON SANTIAGO**, Marina ORTIZ ADORNO, and Adrian Calderon Santiago share the northeast bedroom (bedroom #3). It should be noted that upon searching the residence, law enforcement found the representative sample of Cocaine (Sub-Exhibit 4A), parcel beacon, and packaging material (Exhibit N-10) from the USPS box (Exhibit N-11) stuffed in a laundry hamper in the northeast bedroom.

83. At approximately 2:00 p.m., **FELIX CALDERON SANTIAGO** was read his Miranda Rights in Spanish by SA Stephen Rapp, as witnessed by SA Schmitt and TFO Dan Benitson. **FELIX CALDERON SANTIAGO** claimed he didn't know a package had been delivered and offered no reason as to why the open mail package was lying in the bathroom tub while he was in the bathroom. **FELIX CALDERON SANTIAGO** was asked if PI Parillo could use a black light to look at his hands. **FELIX CALDERON SANTIAGO** agreed and opened his hands. A black light was used to illuminate the clue

spray, which had been sprayed on the contents of the Subject Parcel. The black light revealed the spray had gotten on **FELIX CALDERON SANTIAGO's** hands, as witnessed by SA Schmitt.

84. At approximately 2:19 p.m., Ada SANTIAGO SOTO was read her Miranda Rights in Spanish by SA Stephen Rapp, as witnessed by SA Schmitt and TFO Dan Benitson. Ada SANTIAGO SOTO advised she and Felix CALDERON PAGAN were sleeping in the southeast bedroom and didn't know a package was delivered. Ada SANTIAGO SOTO advised that she had no knowledge drug trafficking at the residence. Ada SANTIAGO SOTO was asked if PI Parillo could use a black light to look at her hands. Ada SANTIAGO SOTO agreed and opened her hands. A black light was used to illuminate the clue spray, which had been sprayed on the contents of the Subject Parcel. The black light revealed that no spray had gotten on Ada SANTIAGO SOTO's hands.

85. At approximately 2:23 p.m., Marina ORTIZ ADORNO was read her Miranda Rights in Spanish by SA Stephen Rapp, as witnessed by SA Schmitt and TFO Dan Benitson. It should be noted that as SA Rapp was beginning to speak with Marina ORTIZ ADORNO, **FELIX CALDERON SANTIAGO** stood up and instructed Marina ORTIZ ADORNO to not provide law enforcement with any information. Marina ORTIZ ADORNO advised she received the Subject Parcel from PI Johnson and then took the Subject Parcel inside 1506 Bennington Ave., Youngstown, Ohio 44505. Marina ORTIZ ADORNO stated that she set the Subject Parcel on the living room table and then tended to her child, Adrian Calderon Santiago. Marina ORTIZ ADORNO stated Felix CALDERON PAGAN and Ada SANTIAGO SOTO were sleeping in the southeast

bedroom when she put the Subject Parcel on the kitchen table. Marina ORTIZ ADORNO advised that when **FELIX CALDERON SANTIAGO** returned to 1506 Bennington Ave., Youngstown, Ohio 44505, he was in the living room area; however, she didn't see **FELIX CALDERON SANTIAGO** with the Subject Parcel because she was still tending to the child. Marina ORTIZ ADORNO was asked if PI Parillo could use a black light to look at her hands. Marina ORTIZ ADORNO agreed and opened her hands. A black light was used to illuminate the clue spray, which had been sprayed on the contents of the Subject Parcel. The black light revealed that no spray had gotten on Marina ORTIZ ADORNO's hands.

## CONCLUSION

86. Based on the foregoing information, there is probable cause to believe that **FELIX EMILIO CALDERON SANTIAGO** did commit Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. 841 (a) (1), and Title 21, U.S.C. Section 846; that is, conspiracy to distribute Cocaine, and such offense(s) occurred within the Northern District of Ohio.

Respectfully submitted,

Richard T. Schmitt
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me on June 12, 2019.

GEORGE J. LIMBERT
UNITED STATES MAGISTRATE JUDGE